President of the United States of America, Mr.
judges: Millett, Pillard, Edwards